123 A.3d 1059

Robert HUGHES, Petitioner

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA PAROLE BOARD, Respondent.

No. 107 EM 2015.

Supreme Court of Pennsylvania.

Oct. 13, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 13th day of October, 2015, the Petition for Review is **DENIED.**

123 A.3d 1060

Daniel Louis PILGRIM, Petitioner

v.

Ms. Kimberly A. BARKLEY, Board Secretary and the Pennsylvania Board of Probation and Parole, Respondents.

No. 118 MM 2015.

Supreme Court of Pennsylvania.

Oct. 13, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**